IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | | |
|---|---|---|
| THE RADIANCE FOUNDATION, INC. and RYAN BOMBERGER, individually | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 2:13cv53 |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE | ) ) ) ) ) | |
| Defendant. | ) | |

# EXHIBIT 1





Home Portfolio Planned Parenthood BLOG Blog Contact

Please select your page

Expose it. End it.

TOO MANY ABORTED.COM

HOME / BLOG / NAACP: NATIONAL ASSOCIATION FOR THE ABORTION OF COLORED PEOPLE

Enter search terms

# NAACP: National Association for the Abortion of Colored People

NAACP: National Association for the Abortion of Colored People

📅 Jun 21, 2011  👤 TooManyAborted.com  💬 3 Comments



The NAACP's Senior VP of Advocacy, Hilary Shelton, showed once again why the nation's oldest civil rights organization is increasingly irrelevant. Their dishonest, radically liberal approach to every issue reveals their unwillingness to tackle the problems faced by the black community. Shelton denounced The Radiance Foundation's Juneteenth billboards, dismissing any connection with abortion to slavery.

The HuffPo reporter, as usual, distorted our interview, stating that I said TooManyAborted.com is "not political at all." She had asked me if this Juneteenth effort was about trying to sway the "black vote" in the next election, and I responded: "Absolutely not. This isn't about elections. The issue of abortion transcends the political. It is a moral issue. Our campaign is an apolitical approach to this epidemic of abortion." It's much easier for lamestream media, like HuffPo, to keep the public wading in the shallow end of the pool and not deliver anything of substance to the readers.

The NAACP, whose mission would never be described as the **National Association for the Abortion of Colored People**, publicly proclaimed their support of abortion when they endorsed the 2004 "March for Women's Lives" held by Planned Parenthood and NARAL. I told Ms. Bassett, the HuffPo "reporter" these details which...surprise...didn't make it into the article. Instead she claimed that historically, the NAACP hasn't taken a position on abortion. Lies.

First of all, his comments, alone, are an explicit support of abortion. Secondly, I told the reporter "silence IS a position". I told her that Mr. Shelton's comments simply ignore actual Civil Rights History especially the fact that Justice Blackmun's majority opinion used the 14th Amendment (that finally ascribed black people full humanity) to strip it from another class of people—the unborn. Our Juneteenth billboards expose this history.

Mr. Shelton obviously has a different understanding of history. Slavery wasn't about denying a black woman's right to control her body; it was about dehumanizing the entire black race. It was about stripping the humanity of every single black individual that stepped off a slave ship onto American soil. It was about death and bondage, denying life and liberty. And today, abortion doesn't bring more life into the black community, only more death, at epidemic levels. But the NAACP is silent. And their silence is complicity.

The NAACP refuses to defend the most vulnerable and disenfranchised among us. They'd rather launch a national campaign about glaucoma than do something about the epidemic levels of abortion in the black community. The NAACP stands by as our future is being killed.



"EPIDEMIC" by TheRadianceFoundation.org & NBPC



0:00 / 1:03

## About The Author

TooManyAborted.com / http://www.toomanyaborted.com

## Comments (3)



**B.Woods**

African Americans are in a state of crisis. At this moment we can cannot

2.
3.

divide ourselves in the complexity of our differences but, unite in our likeness and strengths. In order to decrease the murdering of nearly 2,000 children daily we need all of our hands on deck. I find it difficult for anyone to believe that attacking an issue involving solely the black community, high sensitivity, and lack of the mass appeal as an affective way to push any political ballot. I find "Too many Aborted" relevant and sincere. Regardless to any argument that can be made, DEATH DEALT DAILY on this scale should be at the forefront of all social concern especially that of the organizations attending to "Colored People" overall well-being. Too Many Aborted are approaching a cause that provokes thought on so many levels. It has rises the rug to expose several other issues contributing to this genocide. We most look, listen, read and become active. It is sad to say BUT if 1,700 baby seals died every day in the ocean the shores all across America would be filled with people to intervene. WE MOST UNITE NOW....

2011: Looking Back at a Year of Liberation

January 3, 2012 at 1:03 pm

[...] ACLU and the NAACP have denounced us. We thanked [...]

2011: Year of Liberation From the Stranglehold of Abortion | LifeNews.com

January 3, 2012 at 2:07 pm

[...] ACLU and the NAACP have denounced us. We thanked [...]

Leave a Comment

**Name** (required)

Ryan

**E-mail** (required)

ryanbomberger@yahoo.com

**Message** (required)

[Submit]

Home | Home | Home | Shop | Services
Services | Services | Blog | Blog | Contact
Contact | Contact

Home
Services
Contact

©2013 The Radiance Foundation. All Rights Reserved. For more information call 1-877-517-2462