IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | | |
|---|---|---|
| THE RADIANCE FOUNDATION, INC. and<br>RYAN BOMBERGER, individually | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | Civil Action No. 2:13cv53 |
| NATIONAL ASSOCIATION<br>FOR THE ADVANCEMENT<br>OF COLORED PEOPLE | )<br>)<br>)<br>) | |
| Defendant. | )<br>) | |

# EXHIBIT 2



Faith Focused Dating — catholicmatch

# LifeNews.com

 

National  State  International  Bioethics  Opinion  About Us  Advertising  Reprint  Contact

Support LifeNews.com

## Still Not Free At Last: NAACP Ignores Abortion Epidemic

⊙ by Ryan Bomberger | Washington, DC | LifeNews.com | 7/6/11 12:16 PM

**Opinion**

 419    Print  

✻ **Get Pro-Life News via Email!**

Daily News 》    Weekly News 》

Purpose is impossible without freedom. As one who was adopted and an adoptive father, I know the beauty of possibility and the passion with which people of every race defend human life in all of its stages.

It's a favorite talking point for abortion apologists, but I know of few pro-life people who are single-issue minded. As if having a singular focus on a human injustice is something to be ashamed of, anyway. Abolitionists had a singular focus to abolish the inhumanity of slavery. Perhaps they should have first worried about housing, health care, job opportunities, and equal pay before they embarked on such a narrow-minded mission.



**OBAMA WON'T DEFEND THE UNBORN**

*Sign the petition to overturn Roe v. Wade*
(CLICK HERE)

History is anathema to the abortion industry. Those pesky little historical facts just get in the way of higher profits and abortion quotas. July is the anniversary of the signing of the Civil Rights Act of 1964, which attempted to eradicate some eugenics-based social policies (i.e. Separate But Equal) that dehumanized people of my complexion. In essence, it enforced the Civil Rights Act of 1875 and the provisions of the 14th and 15th Amendments that provided due process and equal protection under the law as well as voting rights for all citizens.





IMAGINE...

When you PRAY TO END ABORTION, You're CHANGING THE HEART OF THE WORLD. www.RosaryOfTheUnborn.com  440-327-4532

It's amazing how some claim racism exists in every institution in America, but when it comes to Planned Parenthood, the nation's largest abortion chain which profits immensely from killing human life, racism couldn't possibly be the explanation. This is the prevalent mentality of most so-called "leaders" in the black community, the population most impacted by abortion. Eugenics has been the three-corded strand (racism, elimination of the "unfit", overpopulation mythology) that ties slavery, anti-miscegenation laws, Jim Crow laws, birth control, forced sterilization, Planned Parenthood and the epidemic of abortion together in an inseparable bind.

**ATTENTION BUSINESS OWNERS**
*What you do every day can change lives forever!*

It is the driving force behind the "pro-choice" establishment's relentless campaign to justify over a million annual abortions no matter the reason, no matter the cost. We saw the disastrous consequence of this pro-abortion radicalism in Philly's "House of Horrors" where abortionist Kermit Gosnell's butchery went unabated for decades, thanks to NARAL's silence. Women and children were maimed and killed in squalid conditions—all sacrificed at the altar of "choice". In Philadelphia, 50% of all black pregnancies are aborted. The city's poverty rate is the highest in 15 years at 25% outpacing all of the largest U.S. cities. This doesn't look like freedom.



✻ Contributing Bloggers

**Ryan Bomberger**
Leaning Forward But Knocked Back: Pro-Lifer Rocks MSNBC Interview

**RebeccaTaylor**
Ladies Would You Want to Gestate a Neanderthal Baby?

**Kristan Hawkins**
March for Life Proves the Next Generation Pro-Life on

The NAACP's recent repudiation of The Radiance Foundation speaks volumes about one of the nation's oldest civil rights organizations. They



refuse to do anything to protect the most defenseless and most disenfranchised among us—the unborn. Hilary Shelton, the NAACP's Senior Vice President for Advocacy (apparently of abortion), attacked our "Juneteenth" billboard campaign in Atlanta, GA, where 60% of all abortions are on black babies. Oddly, he declared that the NAACP doesn't take a position on the issue while expressing a position on the issue, saying: "Women are not forced to have abortions the way they were in servitude. Slavery was about not having the right to make any decisions. Women were actually bred to produce children for the purposes of profit. This is so far removed from that, that if it weren't such a seriousissue, it would almost be laughable."

The only thing laughable in this is Shelton's recall of history and ignorance of the present peril facing America's cities. Slaveholders profited from the physical slavery of human beings discarded by our society. Today, Planned Parenthood profits from the discarded children of those no longer physically enslaved. In both cases, personhood has been defined by the government, and ultimately by nine often Supremely wrong justices. The Roe v. Wade decision made a mockery of civil rights history. It bizarrely contorted the 14th Amendment, which finally ascribed personhood to black Americans, in order to strip it away from another class of people—the unborn. In 2004, the NAACP publicly supported the Planned Parenthood/NARAL pro-abortion "March for Women's Lives" event in DC ridding any questions about its stance on the issue.

The profoundly liberal organization's unwillingness to even discuss the epidemic level of abortion in the black community begs a more fitting moniker: National Association for the Abortion of Colored People. They're more concerned about how glaucoma might lead people to blindness than the deliberate blindness toward one of today's most pressing civil rights issue.

So, if the NAACP so strenuously disagrees with our billboard's contention that too many are aborted, the converse must be their position: not enough aborted.

Abortion is a perversion and inversion of justice. Instead of protecting the weaker, it inflicts violence and death upon the defenseless. And history shows, irrefutably, that abortion does nothing to reduce poverty, healthcare disparities, or increase "access" to real medical care. There are more people living in poverty in the U.S. today than ever before in the 51 years the USCensus Bureau has been tracking this data. Fatherlessness is rampant; today it is 72.5% in the black community.

New York City, the home of Planned Parenthood, aborts nearly 60% of all viable black pregnancies. The city's non-Hispanic black abortion ratio (1463 abortions per 1,000 live births) is over 6 times higher than the national average. Contraception is available at every turn for everyone. Yet corporate welfare giant, Planned Parenthood, has failed miserably in reducing unintended pregnancy rates (64% of abortion patients are repeat customers), soaring STD/HIV infections, poverty or any other healthcare disparities that plague the black population in NYC. Is this a shining beacon of freedom?

Revered historical figures such as Sojourner Truth, Harriet Tubman, and George Washington Carver did not endure the hardships of a world of putrid racial hatred to have their legacy disintegrate into self-inflicted bondage and the embrace of death as "reproductive justice". The Civil Rights Act of 1964 failed to protect those most vulnerable—15 million lives extinguished bringing a possible black population of 54 million down to 39 million.

In 1883, in a speech commemorating the emancipation of slaves in DC, Frederick Douglass asked quite presciently: "How stands the Negro today?"

Tragically, the answer would be: "Killing our future."

Share this post:       

Advertisement

Abortion

**Mallory Quigley** 
Planned Parenthood, Some "Pro-Choicers" Are Really Pro-Abortion

**Bill Saunders** 
Isn't Killing 55 Million Babies Enough? Time for Roe to Go

**David Prentice** 
Scientists Can Identify Your Name, Identity Using Your DNA

**Abby Johnson** 
Abortion Doc's Ex-Wife, Daughter to Star in New Show "Big Rich Atlanta"

**Andrew Bair** 
Media: Jenna Bush is Having a Blob of... No, a Baby

**Luis Zaffirini** 
Pro-Lifers are "Hostile" for Wanting to Protect Babies?





Life Report With Josh Brahm:





**What Pro-Lifers Can do to Win the Abortion Fight**

LifeNews.com

RSS Feed   Facebook   Twitter

Copyright © 2003-2013 LifeNews.com. All rights reserved.

About Us | Advertising | Reprint | RSS Feed | Terms of Service