IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | | |
|---|---|---|
| THE RADIANCE FOUNDATION, INC. and RYAN BOMBERGER, individually | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 2:13cv53 |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE | ) ) ) ) ) | |
| Defendant. | ) ) | |

# EXHIBIT 3

Home   Portfolio   Planned Parenthood   BLOG   Blog   Contact

**TOO MANY ABORTED.COM**
Expose it. End it.

Please select your page ▶

Enter search terms 🔍

HOME  //  BLOG  //  ABORTION AND THE NEGRO PROJECT 2.0

# Abortion and The Negro Project 2.0

Abortion and The Negro Project 2.0

📅 Jan 10, 2013  👤 TooManyAborted.com  💬 0 Comments

*Speech delivered on 12/09/12 at the Nat'l Press Club in DC by Ryan Bomberger, Chief Creative Officer of The Radiance Foundation. The video of the speech will be released in Jan 2013 to look at **40 Years of Roe.***

The Supremely wrong Roe v. Wade decision made a mockery of civil rights history. In the majority opinion, Justice Blackmun repeatedly invoked and bizarrely contorted the 14th Amendment. This is the Republican-passed landmark legislation that finally ascribed personhood to black Americans (like me), but was perverted by 7 justices who stripped away humanity from another class of people—the unborn.

Since '73, using Title X funding and bolstered by Roe, the Planned Parenthood Federation of America built the largest abortion empire in the world—one billion dollars strong. Their urban reach and their taxpayer-funded public propaganda are hard to combat.

But we took on Goliath. In 2010, The Radiance Foundation launched the TooManyAborted.com billboard/web campaigns that revealed the disproportionate impact of abortion in the black community and Planned Parenthood's unsevered past of eugenic racism. Abortion, no matter the race, is a tragedy. Black babies, though, are aborted at up to 6 times the rate of white babies. Abortion activists call this "reproductive justice". As an adoptee and adoptive father, I created the **TooManyAborted.com** initiative with an emphasis on adoption. The campaigns have caused a media frenzy and have proven to be a threat to the nation's largest abortion chain. Planned Parenthood's response? They called us racist, held two national conferences, countered with an African-American targeted crockumentary (they call it a documentary) and hired more black propagandists to peddle the population control



But this is nothing new. In 1939, Planned Parenthood infamously launched The Negro Project, using influential black public figures to convince poorer blacks that birth control was their freedom and would reduce poverty in their community. The project failed. Contraception didn't lower poverty rates. In fact, it has never lowered them. There **is** no statistical evidence that shows that contraception reduces poverty.

Carol McDonald, who is black and the Director of Strategic Partnerships for Planned Parenthood, brazenly lies in a March 2012 BET article claiming that if Planned Parenthood were defunded, "millions of women—including black women—will have nowhere to go to turn for basic health care." Planned Parenthood doesn't provide "basic health care". But there are over 4,000 Title-X funded true medical facilities (that far outnumber PP clinics) throughout the U.S. that provide the exact same reproductive health services, without committing abortions.

Earlier this year, Ludwig Gaines, the African American Leadership and Engagement Director for Planned Parenthood, made the outrageous claim that "abortion and food stamps" elevate the black community.

different negroes, different century, same lies.

Since Roe, abortion and poverty have taken the place of fathers. The CDC reports that 85% of all U.S. abortions are among unmarried women. Poverty is now at the highest level recorded, at 15.5%, among women of ages 18-64. Contrast that with the fact that the poverty rate was 10% for this demographic in 1973, before the bloodgates were open to abortion nationwide.

Liberals will claim racism exists in every institution in America, but when it comes to Planned Parenthood, an organization that kills for a living, racism couldn't *possibly* be the explanation despite indisputable and voluminous documented evidence. Groups such as the NAACP (which has become The National Association for the Abortion of Colored People) and the Congressional Black Caucus aid and abet this mass destruction of beautiful potential in the black community.

©2013 Ryan Scott Bomberger / TheRadianceFoundation.org

## About The Author



TooManyAborted.com / http://www.toomanyaborted.com

## Leave a Comment

**Name** (required)          **E-mail** (required)

Ryan                          ryanbomberger@yahoo.com

Message (required)

Submit

Home | Home | Home | Shop | Shop | Services
Services | Services | Blog | Blog | Blog | Contact
Contact | Contact

©2013 The Radiance Foundation. All Rights Reserved. For more information call 1-877-517-4463