

## GOODMAN ALLEN FILETTI PLLC

**Charles M. Allen**
ATTORNEY AT LAW

| 804.346.5087 | Direct | 4501 Highwoods Parkway |
| 804.346.0600 | Office | Suite 210 |
| 804.346.5954 | Fax | Glen Allen, Virginia 23060 |

callen@goodmanallen.com

January 31, 2013

**BY OVERNIGHT DELIVERY**

Fernando Galindo, Clerk
U.S. District Court, Eastern District of Virginia
Walter E. Hoffman
United States Courthouse
600 Granby Street
Norfolk, VA 23510



RECEIVED
FEB - 1 2013
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

Re: **The Radiance Foundation, Inc. etal. v. National Association for the Advancement of Colored People**

Dear Mr. Galindo:

Enclosed for filing is an original of the Complaint in this matter and its Exhibits. I have also included a second copy of the Complaint and the Exhibits to be served on the defendant. Also included is a Civil Cover Sheet, an original copy of a Summons ready for execution by you, a Financial Interest Disclosure pleading and a check in the amount of $350.

Finally, I am including an addressed envelope with prepaid postage for return of the executed Summons and Complaint with exhibits to me for service on the defendant.

Thank you for your assistance and please contact me if you have questions about this filing.

Sincerely,

Charles M. Allen