IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

```
THE RADIANCE FOUNDATION, INC. and   )
RYAN BOMBERGER, individually         )
                                     )
        Plaintiffs,                  )
                                     )
v.                                   )   Civil Action No. 2:13cv53
                                     )
NATIONAL ASSOCIATION                 )
FOR THE ADVANCEMENT                  )
OF COLORED PEOPLE                    )
                                     )
        Defendant.                   )
```

FILED
FEB - 1 2013
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for **THE RADIANCE FOUNDATION, INC.** in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

THE RADIANCE FOUNDATION, INC.

BY: _____
Charles M. Allen, VSB #30183
GOODMAN, ALLEN & FILETTI, PLLC
4501 Highwoods Parkway
Suite 210
Glen Allen, Virginia 23060
Phone: (804) 346-0600
Fax:   (804) 346-5954
callen@goodmanallen.com