UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Norfolk Division)

| | |
|---|---|
| THE RADIANCE FOUNDATION, INC. and RYAN BOMBERGER, individually, | ) ) ) |
| Plaintiffs/Counterdefendants, | ) ) |
| v. | ) ) Case No. 2:13-cv-53 (RAJ/LRL) |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, | ) ) ) ) |
| Defendant/Counterplaintiff. | ) ) ) |

**DEFENDANT/COUNTERPLAINTIFF NATIONAL ASSOCIATION
FOR THE ADVANCEMENT OF COLORED PEOPLE'S
<u>MOTION FOR SUMMARY JUDGMENT</u>**

COMES NOW Defendant/Counterplaintiff National Association for the Advancement of Colored People ("NAACP" or "Defendant"), by counsel and pursuant to Rule 56 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and hereby moves for summary judgment in its favor as to Counts I through IV of the NAACP's Counterclaim in this matter.

The Court should grant summary judgment in favor of the NAACP as there are no material issues of fact in dispute as to the NAACP's counterclaims for federal trademark infringement (Count I), false designation of origin (Count II), trademark dilution (Count III) and common law unfair competition (Count IV).

In support of this motion, the NAACP submits the accompanying memorandum of law, the Declaration of Steven J. Wadyka, Jr., and the exhibits annexed thereto.

WHEREFORE, the NAACP respectfully requests that the Court grant the instant Motion for Summary Judgment and enter judgment in favor of the NAACP on Counts I through IV of the Counterclaim.

Dated: November 11, 2013                      Respectfully submitted,

/s/ *David G. Barger*
David G. Barger
VSB No. 21652
GREENBERG TAURIG, LLP
1750 Tysons Blvd., Suite 1200
McLean, Virginia  22102
Telephone: (703) 749-1300
Facsimile: (703) 749-1301
bargerd@gtlaw.com

Johnine P. Barnes (admitted *pro hac vice*)
Steven J. Wadyka, Jr. (admitted *pro hac vice*)
GREENBERG TAURIG, LLP
2101 L Street, N.W., Suite 1000
Washington, D.C.  20037
Telephone:  (202) 331-3100
Facsimile:  (202) 261-0135
wadykas@gtlaw.com

Ernest L. Greer (subject to *pro hac vice* admission)
GREENBERG TAURIG, LLP
Terminus 200
3333 Piedmont Road, N.E., Suite 2500
Atlanta, Georgia  30305
Telephone:  (678) 553-2402
Facsimile:  (678) 553-2212
greere@gtlaw.com

*Counsel for Defendant/Counterplaintiff*
*National Association for the Advancement of Colored People*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 11, 2013, the foregoing document was filed with the Clerk of the Court using the CM/ECF filing system and that service will thereby be accomplished on:

>Charles M. Allen, Esq.
>GOODMAN, ALLEN & FILETTI, PLLC
>4501 Highwoods Parkway
>Suite 210
>Glen Allen, VA  23060
>Telephone:  (804) 346-0600
>Facsimile: (804) 346-5954
>callen@goodmanallen.com
>
>*Attorney for Plaintiffs The Radiance Foundation, Inc.
>and Ryan Bomberger*

>    /s/ *David G. Barger*
>David G. Barger
>VSB No. 21652
>Greenberg Traurig, LLP
>1750 Tysons Boulevard, Suite 1200
>McLean, Virginia  22102
>Telephone:  (703) 749-1300
>Facsimile: (703) 749-1301
>bargerd@gtlaw.com
>*Counsel for Defendant/Counterplaintiff
>National Association for the Advancement of
>Colored People*