IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED

DEC - 6 2013

CLERK, US DISTRICT COURT
NORFOLK, VA

THE RADIANCE FOUNDATION, INC. et al.,

Plaintiffs,

v.

CIVIL ACTION NO. 2:13cv53

NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE,

Defendant.

## ORDER

Before the Court is Defendant's Motion for Summary Judgment (ECF No. 51) pursuant to Rule 56 of the Federal Rules of Civil Procedure. Having carefully reviewed the parties' pleadings, the Court finds this matter ripe for judicial determination.

The Court **FINDS** that summary judgment is inappropriate at this time because there is a genuine issue of material fact precluding a finding of summary judgment. In supporting a motion for summary judgment, the moving party has the burden of showing that there is no genuine dispute as to a material fact. Defendant has not met that burden. Accordingly, Defendant's Motion for Summary Judgment is **DENIED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel and parties of record.

**IT IS SO ORDERED.**

Norfolk, Virginia
December 6, 2013

Raymond A. Jackson
United States District Judge